DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
PATRICIA A. CUTLER, Trial Attorney (#50352)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379


Attorneys for Acting United States Trustee
 SARA L. KISTLER

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re ) | No. 09-10007 AJ |
| ) | |
| ) | Chapter 11 |
| LOHREY INVESTMENTS, LLC ) | |
| ) | Date: October 2, 2009 |
| Debtor in Possession. ) | Time: 10:00 A.M. |
| ) | Ctrm: Hon. Alan Jaroslovsky |
| ) | 99 South "E" Street |
| ) | Santa Rosa, CA |
| ) | |

**UNITED STATES TRUSTEE'S MOTION TO DISMISS
OR CONVERT CASE FOR CAUSE UNDER 11 U.S.C. § 1112(b)**

Sara L. Kistler, Acting United States Trustee (UST), by and through her undersigned counsel, respectfully moves the Court for an order dismissing the above-captioned case or converting it to chapter 7 for cause under 11 U.S.C. § 1112(b), whichever the Court deems to be in the best interest of creditors, on the following grounds:

- The debtor has failed to timely satisfy reporting requirements, without excuse, which constitutes cause to convert or dismiss under 11 U.S.C. § 1112(b)(4)(F); and

- Debtor has been paying the minimum quarterly fees, but without the monthly operating reports the UST is unable to determine whether the Debtor has paid the correct fees for charges required under chapter 123 title 28, which constitutes cause to convert or dismiss a chapter 11 case.

- Debtor has failed to confirm a plan within the 90 day deadline established by the court on May 1, 2009, and has not sought to extend the deadline.

- Debtor's only asset is a building which debtor has not moved to dispose of and it may or may not be over-encumbered.

- The trustee in Lohrey Enterprises 08-12206 would like to try to sell the going business he operates under a lease of the real property in this estate. To do this he hopes to get the cooperation of a trustee in this case to do so. This would maximize value for both estates.

This Court has jurisdiction over this matter under 28 U.S.C. § 1334, 28 U.S.C. § 157, and 28 U.S.C. § 151. This is a core proceeding under 28 U.S.C. § 157 (b)(2)(A) and (O).

I. STATEMENT OF FACTS AND GROUNDS FOR RELIEF

1. On January 5, 2009, Lohrey Investments LLC filed a voluntary petition for chapter 11 relief.

2. On May 1, 2009, the court established a 90 day deadline to obtain confirmation of a plan. To date, no plan of reorganization or disclosure statement has been filed, and there is no record that the debtor has sought to extend or modify the 90 day deadline established by the court.

3. Debtor has failed to file operating reports for February, April, May, June, and July of 2009. Without debtor's operating reports, parties cannot ascertain debtors' financial status or performance or verify that debtor is using there debtor in possession account properly and otherwise fulfilling its duties as a debtor in possession.

4. U.S. Trustee quarterly fees for the third quarter are estimated at $325. Actual quarterly fees cannot be determined until the monthly reports are filed.

5. Debtor's sole asset is a building and Debtor has not moved forward to dispose of it and it may or may not be over-encumbered.

5. In further support of this motion, the UST requests that the Court take judicial notice of all documents filed in the case, including the Memorandum of Points and Authorities and the Declaration of Paralegal Specialist filed concurrently herewith, pursuant to Rule 201 of the Federal Rules of Evidence.

6. Based upon the foregoing, the UST submits that cause exists to convert or dismiss this case, whichever the Court deems to be in the best interest of creditors.

//

//

//

//

**II.     PRAYER FOR RELIEF**

WHEREFORE, the UST requests that the Court enter an order dismissing or converting this case to chapter 7 and granting such further relief as the Court deems appropriate.

Dated: August 19, 2009                                  Respectfully submitted,

Sara L. Kistler,
Acting United States Trustee

By: *Patricia A. Cutler, (#50352)*
    Patricia A. Cutler
    Attorney for the U.S. Trustee