DONNA S. TAMANAHA, Assistant U.S. Trustee (WI#1013199)
PATRICIA A. CUTLER, Trial Attorney (#50352)
U.S. Department of Justice
Office of the United States Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379

Attorneys for Acting United States Trustee
 SARA L. KISTLER

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>LOHREY INVESTMENTS, LLC,<br><br>        Debtor in Possession. | No.   09-10007 AJ<br><br>Chapter 11<br><br>Date:  October 2, 2009<br>Time:  10:00 A.M.<br>Ctrm:  Hon. Alan Jaroslovsky<br>        99 South "E" Street<br>        Santa Rosa, CA |

**DECLARATION OF PARALEGAL SPECIALIST IN
SUPPORT OF UNITED STATES TRUSTEE'S MOTION TO
CONVERT OR DISMISS CASE FOR CAUSE UNDER 1112(b)**

I, Donna Jensen, declare as follows:

1.  I am employed as a Paralegal Specialist in the Office of the United States Trustee, Region 17, San Francisco Division, 235 Pine Street, Suite 700, San Francisco, California 94104. The Office of the United States Trustee represents Sara L. Kistler, Acting United States Trustee for Region 17.

2.  I make this declaration based on my own personal knowledge of the facts of this matter. If called upon to do so, I could and would testify to the following.

3.  On August 24, 2009, I reviewed the records in PACER for the above-captioned chapter 11 case of Lohrey Investments, LLC.

4.  The court docket indicates that the debtor filed operating reports March 2009 which covered the month of January 2009, and in April 2009, which covered the month of March 2009.

DECLARATION OF PARALEGAL SPECIALIST IN SUPPORT OF U.S. TRUSTEE'S MOTION TO DISMISS OR
CONVERT CASE FOR CAUSE 09-10007    - 1 -

5. Quarterly fees for the third quarter of 2009 are estimated at $325. Actual quarterly fees cannot be determined until the monthly operating reports are filed..

I declare under penalty of perjury that the foregoing is true and correct.

Dated August 24, 2009, at San Francisco, California.

/s/
Donna Jensen

DECLARATION OF PARALEGAL SPECIALIST IN SUPPORT OF U.S. TRUSTEE'S MOTION TO DISMISS OR CONVERT CASE FOR CAUSE 09-10007 - 2 -