JEREMY W. KATZ (SBN: 119418)
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, CA 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Trustee
JEFFREY E. HUTCHINSON

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>LOHREY INVESTMENTS, INC.,<br><br>Debtor. | **Case No. 09-10007**<br><br>**Chapter 7**<br><br>**OBJECTION TO PROOF OF SECURED CLAIM FILED BY LOHREY ACQUISITION FUND, LLC, CLAIM NO. 5-1**<br><br>**[No Hearing Scheduled]** |

TO: LOHREY ACQUISITION FUND, LLC:

NOTICE IS HEREBY GIVEN that Jeffrey E. Hutchinson, trustee of this bankruptcy estate ("Trustee") objects to your proof of secured claim number 5-1, a copy of which, without attachments, is attached hereto, because the real property collateral has been sold and any deficiency claim is a general unsecured, prepetition claim, which will receive no distribution in this case.

NOTICE IS HEREBY FURTHER GIVEN THAT PURSUANT TO B.L.R. 3007-1 AND 9014-1(b)(3), AND FEDERAL RULES OF BANKRUPTCY PROCEDURE, RULE 3007, ANY OBJECTION TO THE REQUESTED RELIEF, OR A REQUEST FOR HEARING ON THE OBJECTION, MUST BE FILED AND SERVED UPON THE TRUSTEE WITHIN 30 DAYS OF MAILING OF THIS NOTICE. A REQUEST FOR HEARING OR OBJECTION MUST BE ACCOMPANIED BY ANY DECLARATIONS OR MEMORANDA OF LAW THAT THE PARTY OBJECTION OR REQUESTING WISHES TO PRESENT IN SUPPORT OF ITS

2016.001                                        1                    OBJECTION TO PROOF OF CLAIM (Lohrey Acquisition Fund, LLC)

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

Case: 09-10007    Doc# 88    Filed: 06/03/10    Entered: 06/03/10 10:06:23    Page 1 of 4

POSITION. IF THERE IS NOT A TIMELY OBJECTION TO THE REQUESTED RELIEF OR A REQUEST FOR HEARING, THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF BY DEFAULT. IF THERE IS A TIMELY OBJECTION TO THE REQUESTED RELIEF OR A REQUEST FOR HEARING, THE INITIATING PARTY WILL GIVE AT LEAST 7 DAYS' WRITTEN NOTICE OF THE HEARING TO THE OBJECTING OR REQUESTING PARTY, AND TO ANY TRUSTEE OR COMMITTEE APPOINTED IN THE CASE.

NOTICE IS HEREBY FURTHER GIVEN THAT WHERE A FACTUAL DISPUTE IS INVOLVED, THE INITIAL HEARING ON AN OBJECTION SHALL BE DEEMED A STATUS CONFERENCE AT WHICH THE COURT WILL NOT RECEIVE EVIDENCE. WHERE THE OBJECTION INVOLVES ONLY A MATTER OF LAW, THE MATTER MAY BE ARGUED AT THE INITIAL HEARING.

**OBJECTION**

Claim No. 5-1 filed by Lohrey Acquisition Fund, LLC is based on a loan secured by real property located at 8190 Murray Drive, Gilroy, California (the "Real Property"). The Trustee objects to Claim No. 5-1 because the Real Property has been sold pursuant to an order of this Court, and any deficiency claim is considered a general unsecured, prepetition claim, which will receive no distribution in this case.

**CONCLUSION**

Based on the foregoing, the Trustee requests that the Court disallow Claim No. 5-1 filed by Lohrey Acquisition Fund, LLC as a secured claim, but allow any deficiency claim as a general unsecured, prepetition claim, and for any other relief that the Court deems appropriate.

DATED: June 2, 2010           PINNACLE LAW GROUP LLP

By: /s/ Jeremy W. Katz
     JEREMY W. KATZ
Attorneys for JEFFREY E. HUTCHINSON, TRUSTEE

2016.001                    2                   OBJECTION TO PROOF OF CLAIM (Lohrey Acquisition Fund, LLC)

Case: 09-10007   Doc# 88   Filed: 06/03/10   Entered: 06/03/10 10:06:23   Page 2 of 4

| UNITED STATES BANKRUPTCY COURT Northern District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor: Lohrey Investments, LLC | Case Number: 09-10007 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:
Lohrey Acquisition Fund, LLC
P. O. Box 2400
Walnut Creek, CA 94595

Telephone number:
(925) 935-3840

FILED
MAY -6 2009 05

U.S. BANKRUPTCY COURT
SANTA ROSA, CA

Name and address where payment should be sent (if different from above):
same as above

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ 9,986,509.84

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** money loaned
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** many

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☑ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property: $_____ Annual Interest Rate 15.000 %

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ 7,886,509.84 Basis for perfection: deed of trust

Amount of Secured Claim: $ 9,986,509.84 Amount Unsecured: $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 05/04/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Donald MacKenzie, Manager of Lohrey Acquisition Fund, LLC X /s/ Donald MacKenzie | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# CERTIFICATE OF SERVICE

I am employed in the office of a member of the bar of this Court in the City and County of San Francisco, at whose direction this service was made. I am over the age of 18 and not a party to the within action. My business address is 425 California Street, Suite 1800, San Francisco, California 94104.

On June 3, 2010, I served the documents described as:

**OBJECTION TO PROOF OF SECURED CLAIM FILED BY LOHREY ACQUISITION FUND, LLC, CLAIM NO. 5-1**

on the interested parties in this action by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| David Chandler, Esq.<br>Possible Attorney for Claimant<br>1747 Fourth Street<br>Santa Rosa, CA 95404<br>NEF: DChandler1747@yahoo.com | Jeffrey E. Hutchinson, Trustee<br>1312 Page Street<br>San Francisco, CA 94117 |
| Lohrey Acquisition Fund, LLC<br>Donald MacKenzie, Managing Member<br>P.O. Box 2400<br>Walnut Creek, CA 94595 | Donald MacKenzie<br>Agent for Service of Process<br>Lohrey Acquisition Fund, LLC<br>2221 Olympic Boulevard<br>Walnut Creek, CA 94595 |
| Office of the U.S. Trustee / SR<br>USTPRegion17.SF.ECF@usdoj.gov | |

[X] **U.S. MAIL**: Service was accomplished by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth above.

[X] **BY E-MAIL/NEF**: Service was accomplished through the Notice of Electronic Filing ("NEF") for parties and counsel who are registered ECF Users.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed on June 3, 2010, at San Francisco, California.

/s/ Mike Terry
MIKE TERRY

2016.001     3     OBJECTION TO PROOF OF CLAIM (Lohrey Acquisition Fund, LLC)

PINNACLE LAW GROUP LLP
425 CALIFORNIA STREET
SUITE 1800
SAN FRANCISCO, CA 94104
(415) 394-5700

Case: 09-10007    Doc# 88    Filed: 06/03/10    Entered: 06/03/10 10:06:23    Page 4 of 4