**From:** Rjschwalbe@aol.com [mailto:Rjschwalbe@aol.com]
**Sent:** Monday, April 12, 2010 7:43 PM
**To:** nlynn50@hotmail.com; Angie Mojica; Jim Newman
**Cc:** Rjschwalbe@aol.com; phlyon@aol.com; JLTrustee@aol.com; dstubbs@vestingroup.com; kenlaw100@aol.com; dchandler1747@yahoo.com; rsrstromsheim@stromsheim.com; bowens@owensfinancial.com
**Subject:** GSL - LOHERY - AR-M550N_20090803_124107.pdf - Adobe Reader

Jim, Norm,

Per your request, attached is the high bid for the equipment. There were other, lower, offers; I marketed this equipment extensively on behalf of the Lohrey Enterprises Estate and because I could anticipate a need for an valuation - there is none better than actual offers to purchase in my view. This offer was later replaced by an offer for the entire facility, including the equipment. The equipment listed in the offer includes some items that were not on your lien filing, including equipment acquired after your financing and some equipment with different descriptions and serial numbers. I don't recall if you had some "blanket" and/or "after acquired" language in your documentation.

Included on this email are everyone I can think of that may want this information.

Richard

EXHIBIT " C "

Case: 09-10007   Doc# 102-3   Filed: 07/23/10   Entered: 07/23/10 20:03:43   Page 1 of 1