David N. Chandler, Sr.   SBN 60780
David N. Chandler, Jr.   SBN 235427
DAVID N. CHANDLER, p.c.
1747 Fourth Street
Santa Rosa, CA  95404
Telephone: (707) 528-4331

Attorneys for Owens Trust
and Vestin Mortgage

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | CASE No. 09-10007 |
| LOHREY INVESTMENTS, LLC, | CHAPTER 7 |
|    Debtor._____/ | STIPULATION FOR ORDER ALLOCATING PROCEEDS OF SALE OF REAL AND PERSONAL PROPERTY AND ORDER THEREON |

    The Trustee having sold the real property located at 8190 Murray Avenue, Gilroy, California and the real property commercial laundry equipment in a unified sale pursuant to Order of this Court entered March 16, 2010, free and clear of the liens and interests of the parties hereto, and

    A Motion to Determine the respective secured Claims as to the total agreed net proceeds IN THE AMOUNT of such sale is pending before the Court, and

    VESTIN MORTGAGE, INC., and PODIUM FINANCIAL, and OWENS TRUST, hereby stipulate and agree as follows:

    1.   The net proceeds of sale in the amount of $3,357,181.00 shall be allocated to the real property secured balance and the personal property secured balance as follows:

        a.   Personal Property: $662,500.00

        b.   Real Property: $2,694,681.00

    2.   The said net proceeds to be distributed by the Trustee

shall forthwith be distributed as follows:

  a. Podium Financial shall be distributed the sum of $662,500.00; and

  b. Vestin Mortgage, Inc. shall be distributed the sum of $2,694,681.00.

  c. Any interest accrued shall be prorated as follows:

   (1) Podium Financial 20%

   (2) Vestin Mortgage 80%

 3. Owens Financial and Owens Trust, junior secured creditors shall receive none of the proceeds on account of its liens on the real or personal property.

 4. The trial on the issue of the respective valuation shall be taken off calendar.

 5. The within Stipulation may be made an Order of the Court.

Dated: 3/3/11    BEYERS/COSTIN

        By: */s/ Peter Simon*
        Peter Simon
        Attorney for Podium Financial

Approved:

Podium Financial

By: /s/

Dated: 3/4/11    DAVID N.CHANDLER, p.c.

        By: */s/ David N. Chandler*
        David N. Chandler
        Attorney for Vestin Mortgage, Inc.

2

| | | |
|---|---|---|
| Dated: | 2/24/11 | OWENS FINANCIAL |

By: */s/ William Owens*
William Owens, Pres.

Dated:     2/24/11                    OWENS TRUST

By: */s/ William Owens*
William Owens, Trustee

Dated:     2/3/11                     VESTIN MORTGAGE, INC.

By: */s/ Danny Stubbs*
Danny Stubbs, Vice President

ORDER

IT IS SO ORDERED, as and between the parties hereto. Nothing in this order is intended to prejudice the rights of non-parties or the bankruptcy estate.

Dated: March 7, 2011

Alan Jaroslovsky
U.S. Bankruptcy Judge

3